JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ELAINE L. CARR,<br><br>        Plaintiff,<br><br>  v.<br><br>RALI SERIES 2006-QS3 TRUST a/k/a RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-QS3, FIRST NATIONAL BANK OF ARIZONA, and Does 1 through 40, inclusive,<br><br>        Defendants. | Case No.: 8:15-cv-01168-JVS-JC<br><br>Hon. District Judge James V. Selna<br><br>**JUDGMENT OF DISMISSAL** |

Pursuant to the Court's January 8, 2016 Minute Order granting *defendant* Deutsche Bank Trust Company Americas, As Trustee For Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates, Series 2006-QS3's ("Defendant") *Motion to Dismiss First Amended Complaint*,

**IT IS ORDERED** that this action is dismissed with prejudice.

**IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Defendant and against *plaintiff* Elaine L. Carr, who shall take nothing by way of this action.

/././

/././

1    **IT IS FURTHER ORDERED** that Defendant shall be entitled to recover its
2    costs of suit.

3

4

5    Dated: January 20, 2016        _____

6                                      HON. JAMES V. SELNA
                                     UNITED STATES DISTRICT JUDGE